■ In the Matter of the Arbitration Between LOCKPORT CITY SCHOOL DISTRICT, Appellant, and LOCKPORT SCHOOL EMPLOYEES ASSOCIATION, Respondent. [668 NYS2d 139] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Koshian, J. (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Arbitration.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.